UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STRIKE 3 HOLDINGS, LLC,**

    **Plaintiff,**

v.                                                           Case No: 8:23-cv-833-MSS-MRM

**JOHN DOE SUBSCRIBER
ASSIGNED IP ADDRESS
35.138.50.116,**

    **Defendant.**

---

**ORDER OF DISMISSAL**

Upon consideration of Plaintiff's Notice of Voluntary Dismissal with Prejudice, (Dkt. 11), and pursuant to FED. R. CIV. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of June 2023.

*[Signature]*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party